STATE OF NEW JERSEY v. DOMINGO ROSARIO.

May 3, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS TURNER.

May 3, 1982.

Petition for certification denied.

SOMERVILLE INDUSTRIAL PARK v. BOROUGH OF
SOUTH PLAINFIELD.

May 3, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. JOHN STEWART.

May 3, 1982.

Petition for certification denied.